```
A&SI Carpentry
5611 Nashville Ave
60638


Anthony Tomaska


Brown Udell Pomerantz & Delrahim Ltd
180 N. LaSalle, Suite 2850
60601


City of Chicago
1000 East Ohio Street
Chicago, IL 60611


Cozen O'Conner
123 N. Wacker Drive
Chicago, IL 60606


Crane & Norcross
2 N. LaSalle Street, Suite 900
Chicago, IL 60602


Elizon DB Transfer Agent LLC
c/o Ellington Management Group
53 Forest Avenue
Old Greenwich, CT 06870


Fox Rothschild LLP
321 N. Clark Street  Suite 1600
Chicago, IL 60654


JZ Plumbing
2092 Gladstone Drive
Wheaton, IL 60189


LaRoca Roofing
7042 W. 116th
Worth, IL 60482
```